**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHRISTOPHER ALAN EVERETT**                                                        **PLAINTIFF**
**#123487**

**V.**                                **CASE NO. 4:26-cv-00540 JM**

**MITCHELL, Sergeant, Saline County**
**Jail,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 24th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE